# CASOS RESUELTOS FUNDÁNDOSE EN OPINIONES NO PUBLICADAS EN EXTENSO

MUNICIPIO DE FAJARDO ET AL., DEMANDANTES Y APELADOS, *v.* AXTMAYER ET AL., DEMANDADOS Y APELANTES.

## Corte de Distrito de San Juan, Distrito Primero.

Nos. 2725 y 2726.—Resuelto en julio 2, 1923.

Modificando sus sentencias de mayo 11, 1923 por la cual se desestimaron las demandas a causa de indebida acumulación de partes demandantes porque el municipio de Fajardo no tiene acción contra los demandados, se confirmaron las sentencias en cuanto condenan al deudor principal quien no se queja de ellas y contra el cual la prueba es suficiente.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

EL PUEBLO, DEMANDANTE Y APELADO, *v.* PIRIS, ACUSADO Y APELANTE.

## Corte de Distrito de Ponce.

No. 2093.—Resuelto en julio 24, 1923.

El primer señalamiento de error afecta a la suficiencia de la acusación, la cual imputa el hurto de "bienes muebles valorados en más de cien dollars" sin otra descripción o identificación de los mismos.

El fiscal estuvo conforme con el criterio de que la acusación es fatalmente defectuosa, cuyo criterio sostuvo el Tribunal Supremo revocando la sentencia apelada.

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del tribunal.